IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRITTANY HAIN,
       Plaintiff

  v.

LELAND DUDEK[1],
Acting Commissioner of the Social
Security Administration,
       Defendant

:   No. 3:23cv1940
:
:
:   (Judge Munley)
:
:   (Magistrate Judge Carlson)
:
:
:
:
:

## ORDER

**AND NOW**, to wit, this 31st day of March 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) The Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 23) is **ADOPTED**;

2) Plaintiff Brittany Hain's requests for reversal of an administrative decision by the Commissioner of the Social Security Administration or for remand, (see Doc. 1, Compl. ¶ 14), are **DENIED**;

3) The Commissioner's final decision denying the plaintiff supplemental security income benefits is **AFFIRMED**;

---

[1] Pursuant to the Federal Rules of Civil Procedure, Leland Dudek, Acting Commissioner of the Social Security Administration, is automatically substituted for the original defendant Kilolo Kijakazi, who was the Acting Commissioner of the Social Security Administration when the plaintiff filed this action. See FED. R. CIV. P. 25(d).

4) The Clerk of Court is directed to enter judgment in favor of the Commissioner and against the plaintiff; and

5) The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court